UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE ROBINSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KONTOOR BRANDS, INC., a North Carolina Corporation and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 1:26-CV-08637-RMI<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, having considered the Parties' Joint Stipulation, the Court hereby ORDERS that Defendant Kontoor Brands, Inc.'s deadline to answer or otherwise respond to the Complaint is set for October 5, 2026.

**IT IS SO ORDERED.**

Date: August 21, 2026

HON. ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE